United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

José GÓMEZ aka Manuel FRÍAS-Méndez

CRIMINAL COMPLAINT

CASE NUMBER: 06- 89 M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __July 24, 2006__ in __New Castle__ County, in the District of Delaware, defendant José GÓMEZ aka Manuel FRÍAS-Méndez, a citizen and national of the Dominican Republic, having been removed from the United States to the Dominican Republic under the name José GÓMEZ, on May 24, 2000, from Miami, Florida, and having been convicted of a felony on or about April 10, 2000, was found in the United States, specifically New Castle County, Delaware, and that, prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's reapplication for admission,

in violation of Title ____8____ United States Code, Section(s) __1326(a) and (b)(1)__.

I further state that I am a(n) __Special Agent, U.S. Immigration & Customs Enforcement__ and that this complaint is based
Official Title

on the following facts:

**REDACTED**

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes

William O. Horn
Special Agent, ICE

FILED
JUL 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sworn to before me and subscribed in my presence,

July 24, 2006                              at  Wilmington, DE
Date                                           City and State

The Honorable Kent A. Jordan
United States District Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement ("ICE"), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, at which time I was employed by the Immigration and Naturalization Service ("INS"). The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement in March 2003.

2. This investigation is based on information provided by State of Delaware government agencies, INS/ICE records, computerized records and public databases for Delaware and New York, and my own observations and interviews.

3. On or about July 20, 2006, ICE Dover received notification from the State of Delaware Department of Corrections advising that José GÓMEZ (hereinafter the "Defendant"), born       1976, was incarcerated at the Howard R. Young Correctional Institution ("HRYCI"), Wilmington, DE, within the jurisdiction of the District of Delaware, and that he was due to be released on July 24, 2006. The Defendant was so released into ICE custody on July 24, 2006.

4. Also on July 24, 2006, your affiant advised the Defendant of his rights and interviewed him at the ICE office in Dover, DE, where the Defendant advised your affiant (a) that his true and correct name is Manuel FRÍAS-Méndez; (b) that he is a citizen of the Dominican Republic, and (c) that he previously had been removed from the United States. When asked, the Defendant stated that he had been ordered removed by an Immigration Judge in 2000, and that he had subsequently been removed on two other occasions after arriving in the United States as a stowaway aboard a ship. The Defendant stated that he had not requested nor obtained permission to reapply for admission to the United States.

5. During the course of the July 24, 2006 interview, the Defendant admitted that he had pled guilty in New York on April 10, 2000 to criminal sale of a controlled substance, third degree. This is a class B felony under New York law, in violation of N.Y. Public Law Section 220.39. On April 11, 2006, the Defendant was convicted in the Superior Court in and for New Castle County Delaware of criminal impersonation and possession of a narcotic, both of which are misdemeanors. He was sentenced to one year at Level 5, suspended to Level 2, on each of those charges, which sentences were to run concurrently. It was on these charges that the Defendant was incarcerated in HRYCI until he was released to ICE.

6. On July 24, 2006, the Defendant was fingerprinted on an Integrated Automated Fingerprint Identification System ("IAFIS") machine, and his fingerprints matched those of José GÓMEZ,       1976, Dominican Republic, A75 939 913, FBI Number 534606KB3. Your affiant has reviewed the alien file, A75 939 913, relating to José GÓMEZ, and found that it references seven aliases, including Manuel FRÍAS-Méndez, and four dates of birth, in addition to the       1976 date.

under Case No. 06-mj-00089-MPT was removed to the Dominican Republic on May 24, 2000 from Miami, Florida. Your affiant found no evidence of any filings by the Defendant for permission to reapply for admission to reenter the United States after he had been removed.

8. Your affiant also reviewed printouts of computerized records showing that the Defendant, again using the name José GÓMEZ, was convicted on April 10, 2000 in the Supreme Court of New York County, New York of criminal sale of a controlled substance, third degree, a class B felony, in violation of N.Y. Public Law Section 220.39.

WHEREFORE, your affiant avers there is probable cause to believe that the Defendant, José GÓMEZ aka Manuel FRÍAS-Méndez, a citizen and national of the Dominican Republic, was previously removed by the INS to the Dominican Republic on May 24, 2000, that, prior to removal, the Defendant had been convicted of felony, and that, prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a) and (b)(1).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement